```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00916
   MICHAEL C GREAR
   DEBORAH GREAR                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4532    SSN XXX-XX-3309
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/16/08 and confirmed on 06/05/08.

   2.  The case was dismissed after confirmation, 10/03/2008.

   3.  The Debtor paid a total of $   3716.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WILSHIRE CREDIT CORP | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORP | MORTGAGE ARRE | 3339.13 | .00 | 3339.13 |
| GREENBROOK AREA 1 HOMEOW | MORTGAGE ARRE | 2110.67 | .00 | 161.34 |
| BARTLETT PHYSICAL THERAP | UNSECURED | NOT FILED | .00 | .00 |
| ERIC BOHL | UNSECURED | NOT FILED | .00 | .00 |
| GERMBUSTERS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| GREENBROOK FAMILY PRACTI | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| JOHN HOFF | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL CENTER ANESTHESI | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST HEART SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| NEOPATH S C | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COMMUNITY HOSP | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST SUBURBAN ANEST | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| ST ALEXIUS MEDICAL CENTE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5449.80 | .00 | .00 | .00 | 5449.80 |
| PRINCIPAL PAID | 3500.47 | .00 | .00 | .00 | 3500.47 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                  3500.47           .00         .00         .00      3500.47
The Debtor's attorney, ANDERSON & ASSOCS            , was allowed $         .00
and was paid $         .00 .
```

The Trustee received $    215.53 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/14/09                      /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE